No. 53111.—Chan Kee Co. et al. v. United States, protests 82317–K, etc. (San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53112.—C. J. Tower & Sons et al. v. United States, protests 126157–K, etc. (Buffalo, Laredo, and Los Angeles).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53113.—Hercules Liquor Products Corp. et al. v. United. States, protests 81705–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc. v. United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

No. 53114.—Barton & Co., Inc., et al. v. United States, protests 110199–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc. v. United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

No. 53115.—Galsworthy, Inc. v. United States, protests 110768–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc. v. United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protests were overruled in all other respects.